THIS OPINION HAS NO PRECEDENTIAL VALUE.  IT SHOULD NOT BE
 CITED OR RELIED ON AS PRECEDENT IN ANY PROCEEDING EXCEPT AS PROVIDED BY RULE
 239(d)(2), SCACR.
THE STATE OF SOUTH CAROLINA
In The Court of Appeals

 
 
 
 Geraldine
 Paschal and Roland Delateja, Appellants,
 
 
 

v.

 
 
 
 East Hampton Properties, LLC, Respondent.
 
 
 

Appeal From Greenville County
 G. Edward Welmaker, Circuit Court Judge
Unpublished Opinion No. 2008-UP-011
Submitted January 1, 2008  Filed January
 9, 2008    
AFFIRMED

 
 
 
 Adam  Fisher, Jr., of Greenville, for Appellants.
 Daniel Crawford Patterson, of Greenville, for Respondent.
 
 
 

PER CURIAM:[1] Following a thorough review of the briefs
 and record in this case, we are unable to find error on the part of the circuit
 court in its determination
 that Appellants failed to prove Respondent violated the South Carolina Unfair
 Trade Practices Act (UTPA), South Carolina Code Section 39-5-20 (Supp. 2006). 
 Therefore, we affirm pursuant to the following authorities: Charleston Lumber Co. v. Miller Housing Corp., 318 S.C. 471, 482, 458 S.E.2d 431,
 438 (Ct. App. 1995) (The statute clearly requires that in order to
 recover pursuant to the UTPA one must prove each of the following three
 elements by the greater weight or preponderance of the evidence: 1) a violation
 of the Act, 2) proximate cause, and 3) damages.) and Wayne Smith Const.
 Co., Inc. v. Wolman, Duberstein, & Thompson, 294 S.C. 140, 146, 363
 S.E.2d 115, 118 (Ct. App. 1987) (In a law case tried without a jury,
 questions regarding the credibility and the weight of evidence are exclusively
 for the trial judge.).  Accordingly, the order of the circuit court is
AFFIRMED.
ANDERSON,
 SHORT, and WILLIAMS JJ., concur.

[1] We decide this case without oral argument pursuant to
 Rule 215, SCACR.